908 A.2d 284

**In the Interest of A.P., A Minor, Appellant.**

Supreme Court of Pennsylvania.

Submitted July 13, 2006.

Decided Oct. 24, 2006.

Rebecca Rose Good, Esq., Allegheny County Public Defender's Office, for A.P.

Francesco Lino Nepa, Esq., Allegheny County District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of October, 2006, the Order of the Superior Court is **REVERSED,** appellant's appeal is **REINSTATED** and this matter is **REMANDED** to the Superior Court for consideration on the merits. The Superior Court panel erred in raising the issue of appellant's standing to appeal *sua sponte,* and then quashing the appeal upon that ground. *See, e.g., In re Nomination Petition of deYoung,* 903 A.2d 1164 (2006) (a court is prohibited from raising the issue of standing *sua sponte* ). Furthermore, we note that the Commonwealth agreed with appellant that he has standing to appeal in this case. Jurisdiction relinquished.